Per HOFVANDER, Per T. Persson, Anneli Tallberg (deceased, by Lennart Hansson, Legal Representative), and Olle Wikstrom, Appellants,

v.

Richard G.F. VISSER, Evert Jacobsen, and Willem J. Feenstra, Appellees.

No. 02–1188.

United States Court of Appeals, Federal Circuit.

May 15, 2002.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

In re Robert A. LINDNER.

No. 02–1238.

United States Court of Appeals, Federal Circuit.

May 16, 2002.

## ORDER

The Appellant having filed a motion to dismiss, it is ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Gerald D. MICHAUD, Petitioner,

v.

DEPARTMENT OF THE ARMY, Respondent.

No. 02–3137.

United States Court of Appeals, Federal Circuit.

May 16, 2002.

## ORDER

Petitioner having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.